**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
RAFAEL DE LA CRUZ, *on behalf of himself,*
*FLSA Collective Plaintiffs and the Class*,

                           Plaintiff,

               -against-

BROADWAY FOOD MART INC., d/b/a
DOLLAR JUNCTION, SUTTER DOLLAR
DISCOUNT INC. d/b/a SUTTER DOLLAR
DISCOUNT, JOHN DOE CORPORATIONS
1-100, *and* BAHIT H. MOTIWALA,

                           Defendants.
------------------------------------------------------------------X

**ORDER**

**22-CV-10403 (AT) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      This matter has been referred for General Pretrial as well as the evidentiary hearing requested by Plaintiff. Dkt. No. 22. A hearing is scheduled in this matter for **April 14, 2023** at **11:00 AM**. The conference will take place in person, in Courtroom 228, 40 Foley Square, New York, New York.

      By **March 31, 2023**, the Parties will each submit to the Court a list of witnesses they plan to call at the hearing. The Parties should also attach any subpoenas required to compel the attendance of their witnesses.

SO ORDERED.

DATED:    New York, New York
               March 27, 2023

                                                *Jennifer E. Willis*
                                               JENNIFER E. WILLIS
                                               United States Magistrate Judge