**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
RAFAEL DE LA CRUZ, *on behalf of himself,*
*FLSA Collective Plaintiffs and the Class*,

                    Plaintiff,

         -against-

BROADWAY FOOD MART INC., d/b/a
DOLLAR JUNCTION, SUTTER DOLLAR
DISCOUNT INC. d/b/a SUTTER DOLLAR
DISCOUNT, JOHN DOE CORPORATIONS
1-100, *and* BAHIT H. MOTIWALA,

                    Defendants.
-------------------------------------------------------------------X

**ORDER**

**22-CV-10403 (AT) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On April 12, 2023, Plaintiff's counsel filed a letter requesting an adjournment

of the evidentiary hearing scheduled for April 14, 2023.  Dkt. No. 24.  The request is

**GRANTED**.  The evidentiary hearing is adjourned, and no witnesses or exhibits are

expected.  However, counsel for both Parties are ordered to attend a conference before

the Court at 11:00 AM in Courtroom 228, 40 Foley Square, New York, New York.

SO ORDERED.

DATED:    New York, New York
             April 13, 2023

                                     *Jennifer E. Willis*
                                    JENNIFER E. WILLIS
                                    United States Magistrate Judge