UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RAFAEL DE LA CRUZ, *on behalf of himself,*
*FLSA Collective Plaintiffs and the Class*,

                                     Plaintiff,              **ORDER**

                -against-                           **22-CV-10403 (AT) (JW)**

BROADWAY FOOD MART INC., d/b/a
DOLLAR JUNCTION, SUTTER DOLLAR
DISCOUNT INC. d/b/a SUTTER DOLLAR
DISCOUNT, JOHN DOE CORPORATIONS
1-100, *and* BAHIT H. MOTIWALA,

                                  Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On April 14, 2023, a conference was held in this matter. At that conference, the following schedule was set. An evidentiary hearing will be held on **June 13, 2023**, at **10:30 AM** in Courtroom 228, 40 Foley Square, New York, New York.

By **June 6, 2023**, the following should be filed:

- Plaintiff's letter re Plaintiff De la Cruz' attendance at the hearing;
- The Parties' witness lists; and
- The Parties exhibits.

SO ORDERED.

DATED:    New York, New York
               April 17, 2023

                                                            *Jennifer E. Willis*
                                                            JENNIFER E. WILLIS
                                                            United States Magistrate Judge