UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RAFAEL DE LA CRUZ, *on behalf of himself,*
*FLSA Collective Plaintiffs and the Class*,

                     Plaintiff,

            -against-

BROADWAY FOOD MART INC., d/b/a
DOLLAR JUNCTION, SUTTER DOLLAR
DISCOUNT INC. d/b/a SUTTER DOLLAR
DISCOUNT, JOHN DOE CORPORATIONS
1-100, *and* BAHIT H. MOTIWALA,

                     Defendants.
------------------------------------------------------------------X

**ORDER**

**22-cv-10403 (AT) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      On June 7, 2023, the Parties were directed to file a Proposed Case Management Plan by June 9, 2023. Dkt. No. 29. No such plan was filed. Parties are directed to comply with their obligations and file a plan by midnight on **June 12, 2023**.

      SO ORDERED.

DATED:    New York, New York
                June 12, 2023

                                                */s/ Jennifer E. Willis*
                                                JENNIFER E. WILLIS
                                                United States Magistrate Judge