**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
RAFAEL DE LA CRUZ, *on behalf of himself,*
*FLSA Collective Plaintiffs and the Class*,

                       Plaintiff,                       **ORDER**

          -against-                     **22-cv-10403 (AT) (JW)**

BROADWAY FOOD MART INC., d/b/a
DOLLAR JUNCTION, SUTTER DOLLAR
DISCOUNT INC. d/b/a SUTTER DOLLAR
DISCOUNT, JOHN DOE CORPORATIONS
1-100, *and* BAHIT H. MOTIWALA,

                    Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      On October 11, 2023, the Parties were heard in a pre-motion conference on Plaintiff's request for leave to file a motion for sanctions at Dkt. No. 43. For the reasons stated more fully on the record, Plaintiff's request for leave to file a motion for sanctions was DENIED. During the conference, Defendants were ordered to provide information regarding the relevant accounting firm responsible for assigning Employee ID numbers by **October 18, 2023**. Additionally, the Court directed Plaintiff to respond to any outstanding interrogatory requests by **October 20, 2023**. Finally, the Court ordered the Parties to submit a joint status letter regarding the scheduling of depositions by **November 1, 2023**. The Parties are directed to order a copy of the transcript from the conference and provide a copy to the Court.

SO ORDERED.

DATED:   New York, New York
         October 11, 2023

*Jennifer E. Willis*
_____
JENNIFER E. WILLIS
United States Magistrate Judge