UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
RAFAEL DE LA CRUZ, *on behalf of himself,*
*FLSA Collective Plaintiffs and the Class*,

                  Plaintiff,

-against-

BROADWAY FOOD MART INC., d/b/a
DOLLAR JUNCTION, SUTTER DOLLAR
DISCOUNT INC. d/b/a SUTTER DOLLAR
DISCOUNT, JOHN DOE CORPORATIONS
1-100, *and* BAHIT H. MOTIWALA,

                  Defendants.
-------------------------------------------------------------------X

**ORDER**

**22-cv-10403 (AT) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of the note from Plaintiff's doctor emailed in response to this Court's order at Dkt. No. 63 (the "Prior Order"). As mentioned in the Prior Order, this Court expects Defendants' depositions to proceed as scheduled. The Parties are directed to file a joint letter by **December 19, 2023**, advising the Court of the status of scheduling Plaintiff's deposition.

SO ORDERED.

DATED:    New York, New York
               December 6, 2023

                                              */s/ Jennifer E. Willis*
                                              JENNIFER E. WILLIS
                                              United States Magistrate Judge