UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

RAFAEL DE LA CRUZ, *on behalf of himself,*
*FLSA Collective Plaintiffs and the Class*,

                        Plaintiff,

                 -against-

BROADWAY FOOD MART INC., d/b/a
DOLLAR JUNCTION, SUTTER DOLLAR
DISCOUNT INC. d/b/a SUTTER DOLLAR
DISCOUNT, JOHN DOE CORPORATIONS
1-100, *and* BAHIT H. MOTIWALA,

                        Defendants.

**ORDER**

**22-cv-10403 (AT) (JW)**

------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court is in receipt of Defendants' counsel's letter at Dkt. No. 73. The Court wishes counsel a speedy recovery and understands from the letter that Defendants have proposed dates for depositions to Plaintiff. The Court will allow the Parties a final opportunity to meet and confer in good faith to schedule the depositions before ordering random dates without regard to the schedules of counsel or the deponents. The Parties are directed the file a joint status letter by **January 25, 2024** confirming whether the depositions have been scheduled.

      SO ORDERED.

DATED:   New York, New York
               January 18, 2024

                                                 JENNIFER E. WILLIS
                                                 United States Magistrate Judge