UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RAFAEL DE LA CRUZ, *on behalf of himself,*
*FLSA Collective Plaintiffs and the Class*,

                                      Plaintiff,                        **ORDER**

                     -against-                        **22-CV-10403 (AT) (JW)**

BROADWAY FOOD MART INC., d/b/a
DOLLAR JUNCTION, SUTTER DOLLAR
DISCOUNT INC. d/b/a SUTTER DOLLAR
DISCOUNT, JOHN DOE CORPORATIONS
1-100, *and* BAHIT H. MOTIWALA,

                                   Defendants.
------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

      This Court is in receipt of Defendants' letter seeking extension of the Fact Discovery Deadline of May 3, 2024, to provide adequate time to depose Plaintiff for a second time. Dkt. No. 92. Plaintiff opposes the above-mentioned request. Dkt. No. 98. The Court is mindful of the short notice of available dates provided by Defendants on April 24, 2024. Therefore, the Parties have until May 24, 2024, to complete Plaintiff's deposition. The Parties are also directed to provide the Court with a status update by May 10, 2024, informing the Court of the agreed upon date of Plaintiff's deposition.

      SO ORDERED.

DATED:   New York, New York
                 May 6, 2024

                                                              */s/ Jennifer E. Willis*
                                                              JENNIFER E. WILLIS
                                                              United States Magistrate Judge