UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAFAEL DE LA CRUZ, *on behalf of himself, FLSA Collective Plaintiffs and the Class,*

                          Plaintiff,

v.

BROADWAY FOOD MART INC.
    d/b/a DOLLAR JUNCTION,
SUTTER DOLLAR DISCOUNT INC.
    d/b/a SUTTER DOLLAR DISCOUNT, JOHN
DOE CORPORATIONS 1-100,
and BASIT H. MOTIWALA,

                          Defendants.

**Case No.:** 22-cv-10403

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

---

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff Rafael De La Cruz hereby accepts and provides notice that he has accepted Defendants' Offer of Judgment dated June 12, 2024, and annexed hereto as **Exhibit A**.

Dated: June 12, 2024

                                                    Respectfully submitted,

                                      By: _____
                                              C.K. Lee, Esq. (CL 4086)
                                              LEE LITIGATION GROUP, PLLC
                                              148 West 24th Street, 8th Floor
                                              New York, NY 10011
                                              Tel.: (212) 465-1188
                                              Fax: (212) 465-1181
                                              *Attorney for Plaintiff, FLSA Collective*
                                              *Plaintiffs, and the Class*

CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2024, I caused service of Plaintiff's Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

BILL ZOU & ASSOCIATES PLLC
William X. Zou, Esq.
136-20 38th Avenue, Suite 10-D
Flushing, New York 11354
zoulawoffice@yahoo.com
Tel.: 718-661-9562
*Attorney for Defendants*

By: _____
C.K. Lee, Esq.