USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/14/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAFAEL DE LA CRUZ, *on behalf of himself, FLSA Collective Plaintiffs and the Class,*

               Plaintiff,

v.

BROADWAY FOOD MART INC.
   d/b/a DOLLAR JUNCTION,
SUTTER DOLLAR DISCOUNT INC.
   d/b/a SUTTER DOLLAR DISCOUNT,
JOHN DOE CORPORATIONS 1-100,
and BASIT H. MOTIWALA,

               Defendants.

Case No.: 1:22-cv-10403

**RULE 68 JUDGMENT**

    **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants BROADWAY FOOD MART INC. d/b/a DOLLAR JUNCTION, SUTTER DOLLAR DISCOUNT INC. d/b/a SUTTER DOLLAR DISCOUNT, JOHN DOE CORPORATIONS 1-100, and BASIT H. MOTIWALA (collectively, "Defendants") hereby offer to allow judgment to be taken against them, and in favor of RAFAEL DE LA CRUZ ("Plaintiff"), in the sum of Fifty Thousand Dollars and No Cents ($50,000.00) ("Judgment Amount"), inclusive of all of Plaintiff's claims in this action, damages, liquidated damages, attorneys' fees and costs, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated June 12, 2024 and filed as Exhibit A to Docket Number 107;

    **WHEREAS**, on June 12, 2024, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 107);

    It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff RAFAEL DE LA CRUZ, in the sum of $50,000.00, in accordance with the terms and

conditions of Defendants' Rule 68 Offer of Judgment dated June 12, 2024 and filed as Exhibit A to Docket Number 107. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED**.

Dated: June 14, 2024
      New York, New York

_____
ANALISA TORRES
United States District Judge