UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAFAEL DE LA CRUZ, *on behalf of himself, FLSA Collective Plaintiffs and the Class,*

          Plaintiff,

v.

BROADWAY FOOD MART INC.
   d/b/a DOLLAR JUNCTION,
SUTTER DOLLAR DISCOUNT INC.
   d/b/a SUTTER DOLLAR DISCOUNT,
JOHN DOE CORPORATIONS 1-100,
and BASIT H. MOTIWALA,

          Defendants.

**Case No.:** 1:22-cv-10403

**SATISFACTION OF JUDGMENT**

WHEREAS, a judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure was entered in the above action on the 14th day of June, 2024 in favor of RAFAEL DE LA CRUZ and against BROADWAY FOOD MART INC. d/b/a DOLLAR JUNCTION, SUTTER DOLLAR DISCOUNT INC. d/b/a SUTTER DOLLAR DISCOUNT, JOHN DOE CORPORATIONS 1-100, and BASIT H. MOTIWALA, in the sum of Fifty Thousand Dollars and No Cents ($50,000.00) ("Judgment Amount"), inclusive of all of Plaintiff's claims in this action, damages, liquidated damages, attorneys' fees and costs, and said judgment having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall.

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Courts is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: October 2, 2024

Respectfully submitted,

C.K. Lee, Esq.
Lee Litigation Group, PLLC

148 W. 24th Street 8th Floor
New York, NY 10011

STATE OF NEW YORK         )
                          )   ss.:
COUNTY OF NEW YORK        )

On the 2nd day of October 2024, before me personally came C.K. Lee, to me known and known to be a member of the firm of Lee Litigation Group, PLLC, attorneys for Plaintiff in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

ANNE SEELIG-SUHRCKE
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02SE6113610
Qualified in Queens County
Commission Expires 8/02/2028

Notary Public